UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOMMY LEE WAUGH,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, KATHY HILL, SCHREIBER, H. BOUSSAG, STACEY BYRAM, MICHAEL CARVAJAL, C. DAVIS, MIRANDA FAUST, FEDERAL BUREAU OF PRISONS, RENEE BRINKER FORNSHILL, KENNETH HYLE, TRACY KNUTSON, J. LECLAIR, MARY NOLAND, GUY PAGLI, KENT RUSHING, KATHERINE SIEREVELD, N. SIMPKINS, DAN SPROUL, BARBARA VON BLANCKENSEE, ANDRE MATEVOUSIAN, M. WALLACE, RICHARD M. WINTER, and RUSSELL WYATT,<br><br>      Defendants. | Case No. 21-cv-812-JPG |

## **JUDGMENT**

      This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

      IT IS HEREBY ORDERED AND ADJUDGED that the following claims of plaintiff Tommie Lee Waugh are dismissed with prejudice:

- Counts 3 and 4 against defendants Hill and Schreiber;

      IT IS FURTHER ORDERED AND ADJUDGED that the following claims of plaintiff Tommie Lee Waugh are dismissed without prejudice:

- All claims pled in the Complaint but omitted from the Amended Complaint:
  - Counts 1 and 2, claims under *Bivens v. Six Unknown Named Agents* for violation of Waugh's First Amendment right to access to the courts;
  - Counts 5, a claim for mandamus;
  - Counts 6, 7, and 10, claims against for conspiracy in violation of 42 U.S.C. §§ 1985 and 1986;

- Count 3 against the United States and the Bureau of Prisons under the Administrative Procedures Act for compelling Defendant Hill to deny Plaintiff notary services necessary to file his Arizona civil complaints;

- Count 4 against defendant United States and the Bureau of Prisons under the Administrative Procedures Act for arbitrarily and unlawfully refusing to notarize Plaintiff's documents;

- Count 8, a claim under the Federal Tort Claims Act against the United States for Illinois common law fraud for BOP officers' fraudulent statements that the BOP does not provide notary services to inmates and defrauding Plaintiff by posting a fake memorandum;

- Count 9, a claim under the Federal Tort Claims Act against the United States for Illinois common law conspiracy for BOP employees' conspiracy and agreement to prevent Plaintiff from filing his Arizona complaint by denying him notary services;

- Count 11, a claim under the Federal Tort Claims Act against the United States for Illinois common law negligence for its employees' refusal to notarize documents, causing Plaintiff to miss his deadline to file his Arizona lawsuits; and

- Count 12, a claim under the Federal Tort Claims Act against the United States for Illinois common law intentional infliction of emotional distress for BOP employees' refusal to notarize Plaintiff's documents.

**DATED:  January 17, 2024**          MONICA A. STUMP, Clerk of Court

**s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**